## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **TINA BRYAND,** § | **CIVIL ACTION NO.** | |
| § | | |
| **PLAINTIFF,** § | | |
| § | | |
| v. § | **7:14-cv-00023-DAE** | |
| § | | |
| **MARTIN COUNTY, TEXAS,** § | | |
| § | | |
| **DEFENDANT.** § | **JURY DEMANDED** | |

### NOTICE OF SETTLEMENT

Plaintiff Tina Bryand ("Plaintiff") and Defendant Martin County, Texas ("Defendant") hereby request the Court to take notice that the parties have reached an agreement and respectfully request that the Court allow thirty days to complete the settlement and provide final dismissal documents.

Respectfully submitted,

By:  /s/ Holly B. Williams

Holly B. Williams
Texas Bar No. 00788674
Naomi Cobb
Texas Bar No. 24094592

**WILLIAMS LAW FIRM, P. C.**
1209 W. Texas Avenue
Midland, TX 79701
432-682-7800; 432-682-1112 (fax)
holly@williamslawpc.com
naomi@williamslawpc.com

Brian Carney
Texas Bar No. 03832275
**CARNEY LAW FIRM**
1202 W. Texas
Midland, Texas 79701
432-686-8300
432-686-1949 (fax)
brian@carneylawfirm.net

**ATTORNEYS FOR PLAINTIFF
TINA BRYAND**


 /s/Denis Dennis
DENIS DENNIS
State Bar No. 05655566

OF

**KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.**
PO Box 1311
Odessa, Texas 79760-1311
(432) 367-7271
FAX: (432) 363-9121
ddennis@kmdfirm.com

**ATTORNEY FOR DEFENDANT
MARTIN COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

**VIA CM/ECF**
Denis Dennis
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
ddennis@kmdfirm.com

/s/ Holly B. Williams
Holly B. Williams