UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **TINA BRYAND** | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | NO: 7:14-CV-00023 |
| | § | |
| **MARTIN COUNTY, TEXAS** | § | |
| **Defendant** | § | |

## STIPULATION OF DISMISSAL

1. Plaintiff is Tina Bryand, and Defendant is Martin County, Texas.

2. On March 21, 2014, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who have answered, agrees to the dismissal.

5. The case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

BY:   /s/ Denis Dennis
      DENIS DENNIS
      State Bar No. 05655566

      OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271
(432) 363-9121 (FAX)

ATTORNEYS FOR DEFENDANT

BY: _____*Holly Williams*_____
Holly Williams
State Bar No. 00788674
Brian Carney
State Bar No. 03832275

OF

Williams Law Firm
1209 W. Texas
Midland, Texas  79701
432-682-7800        fax 432-682-1112
holly@williamslawpc.com

Brian Carney
Law Offices of Brian Carney
1202 W. Texas
Midland, Texas  79701
432-686-8300        fax 432-686-1949
brian@carneylawfirm.net

ATTORNEYS FOR PLAINTIFF