UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| TINA BRYAND<br>    Plaintiff | §<br>§<br>§ |
| vs. | § NO: 7:14-CV-00023<br>§ |
| MARTIN COUNTY, TEXAS<br>    Defendant | §<br>§<br>§ |

### ORDER ON STIPULATION OF DISMISSAL

After considering the Stipulation of Dismissal submitted to the Court, the Court GRANTS the Stipulation and dismisses the case.

SIGNED on the __16__ day of May 2016.

_____
JUDGE PRESIDING